STATE OF NEW YORK: COUNTY OF BROOME
CITY COURT       : CITY OF BINGHAMTON

BPD COMP. # 22-6,617

THE PEOPLE OF THE STATE OF NEW YORK

-VS-

FELONY COMPLAINT

Marquetta L. James B/F DOB ▮

## ACCUSATION

BE IT KNOWN THAT, by this Information INV.C.R Peters, as the Complainant herein, Accuses Marquetta L. James, the above named defendant, with having committed the offense of Arson in the Second Degree in violation of section 150.15, of the Penal Law of the State of New York, a class B felony.

## FACTS

That on or about the 15th day of February, 2022, in the City of Binghamton, Broome County, New York, the said defendant did intentionally damage a building by starting a fire, and when another person who is not a participant in the crime is present in such building at the time, and the defendant knows that fact or the circumstances are such to render the presence of such a person therein a reasonable possibility,

To Wit: The said defendant, while at 159 Conklin Av in the City of Binghamton, did intentionally damage said building by starting a fire while knowing that another person who was not a participant in the crime was present in the building. All contrary to the provisions of the statute in such case made and provided.

The above allegations of fact are made by the complainant herein on direct knowledge (and upon information and belief, with the sources of the Complainant's information and the ground for his belief being

Police Investigation

## NOTICE
(Penal Law, 210.45)

IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

Signed and Affirmed this
15th day of February, 2022

Subscribed and Sworn to before me
this _____ day of _____, 2021

_____
COMPLAINANT